**2007–1030. Valente v. Johnson.**
Athens App. Nos. 06CA31 and 06CA38, 2007-Ohio-2664. Reported at 115 Ohio St.3d 1440, 2007-Ohio-5567, 875 N.E.2d 101. On motion for reconsideration. Motion denied.

**2007–1192. State v. Babos.**
Lucas App. Nos. L–05–1394, L–05–1424 and L–06–1209, 2007-Ohio-2393. On motion for reconsideration. Motion denied.

**2007–1219. Margolis v. Stratemeyer.**
Hamilton App. No. C–060590. Reported at 115 Ohio St.3d 1442, 2007-Ohio-5567, 875 N.E.2d 103. On motion for reconsideration. Motion denied.
 O'DONNELL, J., dissents.

**2007–1251. State v. Coats.**
Mercer App. No. 10–07–08. Reported at 115 Ohio St.3d 1442, 2007-Ohio-5567, 875 N.E.2d 103. On motion for reconsideration. Motion denied.

**2007–1271. Howard v. Howard.**
Pike App. No. 06CA755, 2007-Ohio-3940. Reported at 115 Ohio St.3d 1443, 2007-Ohio-5567, 875 N.E.2d 103. On motion for reconsideration. Motion denied.
 PFEIFER, J., dissents.

**2007–1288. State v. Griffith.**
Franklin App. No. 07AP–288. Reported at 115 Ohio St.3d 1443, 2007-Ohio-5567, 875 N.E.2d 103. On motion for reconsideration. Motion denied.

**2007–1289. State v. Hall.**
Putnam App. No. 12–07–08. Reported at 115 Ohio St.3d 1473, 2007-Ohio-5735, 875 N.E.2d 627. On motion for reconsideration. Motion denied.

**2007–1304. Doe v. Marlington Local School Dist.**
Stark App. No. 2006CA00102, 2007-Ohio-2815. Reported at 115 Ohio St.3d 1473, 2007-Ohio-5735, 875 N.E.2d 627. On motion for reconsideration. Motion granted, and discretionary appeal accepted.
 O'DONNELL and CUPP, JJ., dissent.

**2007–1353. Chadwell v. Ohio State Racing Comm.**
Franklin App. No. 06AP–1226, 2007-Ohio-2727. Reported at 115 Ohio St.3d 1444, 2007-Ohio-5567, 875 N.E.2d 104. On motion for reconsideration. Motion denied.

**2007–1391. Myles v. Johnson.**
Montgomery App. No. 21600, 2007-Ohio-2963. Reported at 115 Ohio St.3d 1444, 2007-Ohio-5567, 875 N.E.2d 104. On motion for reconsideration. Motion denied.

**2007–1394. State v. Crosby.**
Lucas App. No. L–05–1241, 2007-Ohio-3468. Reported at 115 Ohio St.3d 1475, 2007-Ohio-5735, 875 N.E.2d 628. On motion for reconsideration. Motion denied.
 LANZINGER, J., not participating.

**2007–1683. Martin v. Leisy.**
In Procedendo. Reported at 115 Ohio St.3d 1471, 2007-Ohio-5735, 875 N.E.2d 626. On motion for reconsideration. Motion denied.

# CASE ANNOUNCEMENTS

*December 27, 2007*

[Cite as *12/27/2007 Case Announcements*, 2007-Ohio-6979.]